DONNA R. GEHL, CSR, RPR
422nd District Court, Official Court Reporter
100 West Mulberry
Kaufman, Texas 75142
Telephone: 972-932-0258
Facsimile: 972-932-8067

*granted PC 7-9-15*

July 9, 2015

FILED IN
COURT OF CRIMINAL APPEALS

July 9, 2015

ABEL ACOSTA, CLERK

Clerk of the Court
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711i

Re: Williams, Eric Lyle
    CCA No. AP-77,053
    TCC No. 32021-422

Clerk of the Court:

I am respectfully requesting an extension of an additional 45 days in which to prepare the reporter's record in the above case. Due to the size of the record and courtroom obligations, I am unable to have the record completed by the current filing due date of July 16th. Your consideration is greatly appreciated.

Sincerely,

/s/ Donna R. Gehl,